■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v VON JUNICE BURKS, Respondent. [610 NYS2d 917] —Order

affirmed and indictment dismissed. Memorandum: We affirm for reasons stated in the decision at County Court. We reject the contention that defendant abandoned the drugs in the woods *(see, People v Boodle,* 47 NY2d 398, *cert denied* 444 US 969).

All concur except Callahan, J., who dissents and votes to reverse in the following Memorandum.

Callahan, J. (dissenting). In my view, the officer had a reasonable ground to fear for his safety and, therefore, was justified in directing defendant to empty his pockets *(see, People v Perolta-Rua,* 179 AD2d 1051, 1053, *lv denied* 80 NY2d 836). (Appeal from Order of Wayne County Court, Parenti, J. —Suppress Evidence.) Present—Green, J. P., Pine, Callahan, Doerr and Boehm, JJ.